UNITED STATES BANKRUPTCY COURT                    *Form E:  Joint Status Report*
FOR THE DISTRICT OF RHODE ISLAND                  **THREE PAGE DOCUMENT**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

In re:  SUSAN H FEDERICO
     aka Susan H Mazurak Federico

                                 :       BK No. 17-11157

              Debtor    :       Chapter 13

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

## JOINT LOSS MITIGATION STATUS REPORT

Date:  January 23, 2018

The Debtor requested loss mitigation as to the First mortgage on the real property located at 2 Anthony Road, Barrington, Rhode Island 02806 on 9/26/2017 with Nationstar Mortgage, LLC (the "Creditor").

The Court entered a loss mitigation order on: 10/16/2017.

The Creditor filed its contact information on: 10/20/2017.

The Debtor(s) submitted a loan modification application to the Creditor on 11/22/2017.

If this is a Chapter 7 case, the Debtor(s) have filed the financial management course certificate with the Court on _____, or if not yet due, will file the certificate with the Court by the due date of _____.

### *Current Status*

Please complete one:

      The most recent status hearing is scheduled on 1/24/2018.

      The parties filed a proposed Consent Order (Form F) on 1/23/2018 which the Court entered in lieu of holding a status hearing.

Actions Required:

The Court, by post-hearing Order or entry of the parties' proposed Consent Order (Form F), required the following actions to be completed by the parties by the dates noted:

| |
|---|
| The Creditor shall advise Debtor's Counsel by 1/22/18 if it will reconsider loan modification based on Debtor's alleged income increase. |

Did the Debtor(s) comply with all ordered deadlines?  YES.  If No, provide a full explanation of why the deadlines were not met.

|  |
|---|
|  |

Did the Creditor comply with all ordered deadlines?  YES.  If No, provide a full explanation of why the deadlines were not met

|  |
|---|
|  |

Outstanding Document Request:

The following documents requested by Lender will be submitted by the Debtor(s) to the Creditor by _____:

> *No further documentation is needed at this time*

### *Expected Completion of Loss Mitigation – If Trial Plan or Loan Modification Agreed To*

Please indicate as applicable:

The Debtor(s) is/are currently participating in a trial payment plan period with the final trial payment scheduled to be paid on _____; OR

The parties have agreed to a permanent or temporary loan modification. _____

If a Chapter 7 case and the parties have agreed to a permanent or temporary loan modification:

> The parties agree that loss mitigation can terminate as successfully completed and will file Form D by_____; or

> _____ is the date by which loss mitigation can terminate as successfully completed and the parties will file Form D by _____.

If the case is pending under Chapter 13 and a loan modification has been agreed to, the parties agree to file a Motion to Approve Loan Modification by _____, and upon approval of such motion, the parties will file Form D and loss mitigation can terminate as successfully completed.

## *Consent Order*

The parties below have attached[1] a proposed Consent Order (Form F) setting forth agreed deadlines for further action by the parties to accompany this Status Report.

Debtor  
By Counsel:

*/s/ Russel D. Raskin*  
Russell D. Raskin, Esq.  
RI Bar No.  
Raskin & Berman  
116 East Manning Street  
Providence, RI 02906  
(401) 421-1363  
russell@raskinberman.com

Creditor  
By Counsel:

*/s/ James G. Atchison*  
James G. Atchison, Esq.  
RI Bar No. 7682  
Shechtman Halperin Savage, LLC  
1080 Main Street  
Pawtucket, RI 02860  
(401) 272-1400  
jatchison@shslawfirm.com

---

[1] When filing the Status Report and proposed Consent Order in ECF, Form F should be filed as an attachment to Form E using the event Loss Mitigation Status Report.