UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF RHODE ISLAND

IN RE: SUSAN H. FEDERICO                                BK NO. 17-11157

## NOTICE OF VOLUNTARY CONVERSION
## FROM CHAPTER 13 TO CHAPTER 7

NOW COMES THE DEBTOR, and hereby provides notice to this Honorable Court of the intention to convert the Chapter 13 Bankruptcy to that of a Chapter 7. In support of this Motion the Debtor avers the following:

The Debtor is not presently able to fund a plan payment in an amount which would be required if the Plan was amended.

> Within fourteen (14) days after service, if served electronically, as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if served by mail or other excepted means specified, any party against whom such paper has been served, or any other party who objects to the relief sought, shall serve and file an objection or other appropriate response to said paper with the Bankruptcy Court Clerk's Office, 380 Westminster Street, 6th Floor, Providence, RI 02903, (401) 626-3100. If no objection or other response is timely filed, the paper will be deemed unopposed and will be granted unless: (1) the requested relief is forbidden by law; (2) the requested relief is against public policy; or (3) in the opinion of the Court, the interest of justice requires otherwise.

Debtor
By her Attorneys,

/s/RUSSELL D. RASKIN
BC #1880
RASKIN & BERMAN
116 East Manning Street
Providence, RI 02906
(401) 421-1363

## CERTIFICATE OF SERVICE

I hereby certify that on March 20, 2018 I electronically filed the Motion with the Clerk of the Bankruptcy Court for the District of Rhode Island using the CM/ECF System. The following participants have received notice electronically:

- James G. Atchison    jatchison@shslawfirm.com, bkdept@shslawfirm.com
- John Boyajian    mail@13ritrustee.com, martha@bhrlaw.com
- Gary L. Donahue    ustpregion01.pr.ecf@usdoj.gov
- Madison Carol Wilson    bkyecf@rasflaw.com, mwilson@rasflaw.com

and I hereby certify that I have mailed by United States Postal Service, postage pre-paid, the document electronically filed with the court to the following non CM/ECF participants:

PLEASE SEE ATTACHED LIST

/s/BARBARA DUNNING

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0103-1<br>Case 1:17-bk-11157<br>District of Rhode Island<br>Providence<br>Tue Mar 20 11:55:29 EDT 2018 | Susan H Federico<br>2 Anthony Road<br>Barrington, RI 02806-2103 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | State of RI - Labor and Training<br>Legal Department<br>Bldg 72 3rd Floor<br>1511 Pontiac Avenue<br>Cranston, RI 02920-4407 |
| U.S. Bank National Association<br>C/O Robertson, Anschutz & Schneid P.L.<br>6409 Congress Ave<br>Suite 100<br>Boca Raton, FL 33487-2853 | Ad Astra Recovery<br>8918 W 21st St N<br>Suite 200 Mailbox 303<br>Wichita KS 67205-1885 | (p)AMERICAN HONDA FINANCE<br>P O BOX 168088<br>IRVING TX 75016-8088 |
| Best Buy/cbna<br>Po Box 6497<br>Sioux Falls SD 57117-6497 | Calvary Portfolio Services<br>500 Summit Lake Dr<br>Ste 400<br>Valhalla NY 10595-2322 | Capital One<br>Attn: Bankruptcy<br>Po Box 30285<br>Salt Lake City UT 84130-0285 |
| Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Capital One Bank USA<br>Attn: Bankruptcy Dept<br>PO Box 30285<br>Salt Lake City, UT 84130-0285 | Capital One, N.A.<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 |
| Cavalry SPV I, LLC<br>500 Summit Lake Drive, Ste 400<br>Valhalla, NY 10595-1340 | Chase Card Services<br>Attn: Correspondence Dept<br>Po Box 15298<br>Wilmington DE 19850-5298 | Chrysler Capital<br>PO Box 961275<br>Fort Worth, TX 76161-0275 |
| Comenity Bank/Ann Taylor<br>Po Box 182125<br>Columbus OH 43218-2125 | Credit Collections Svc<br>Po Box 773<br>Needham MA 02494-0918 | Discover Financial<br>Attn: Bankruptcy<br>Po Box 3025<br>New Albany OH 43054-3025 |
| (p)FORD MOTOR CREDIT COMPANY<br>P O BOX 62180<br>COLORADO SPRINGS CO 80962-2180 | Ginnys/Swiss Colony Inc<br>1112 7th Ave<br>Monroe WI 53566-1364 | Hodosh Lyon & Hammer, Ltd.<br>41 Comstock Pkwy<br>Cranston RI 02921-2061 |
| (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | Kohls/Capital One<br>Po Box 3120<br>Milwaukee WI 53201-3120 | MIDLAND FUNDING LLC<br>PO Box 2011<br>Warren, MI 48090-2011 |
| Michael A. Ursillo, Esq.<br>Town of Barrington<br>Barrington Town Hall<br>283 County Road<br>Barrington, RI 02806-2406 | Midland Funding<br>2365 Northside Dr<br>Suite 300<br>San Diego CA 92108-2709 | Nationstar Mortgage LLC<br>8950 Cypress Waters Blvd<br>Coppell TX 75019-4620 |

| | | |
|---|---|---|
| (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Quantum3 Group LLC as agent for<br>MOMA Funding LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | Real Time Resolutions<br>1349 Empire Central Dr S<br>Dallas TX 75247-4029 |
| Real Time Resolutions, Inc.<br>1349 Empire Central Drive, Suite #150<br>Dallas, Texas 75247-4029 | Robert E. Johnson, Esquire<br>Law Office of Howard E. Schiff<br>70 Catamore Blvd Ste 5<br>East Providence, RI 02914-1218 | Santander Consumer USA<br>Po Box 961275<br>Fort Worth TX 76161-0275 |
| Shechtman Halperin Savage<br>1080 Main Street<br>Pawtucket, RI 02860-4847 | Synchrony Bank/ Old Navy<br>Attn: Bankruptcy<br>Po Box 103104<br>Roswell GA 30076-9104 | Synchrony Bank/Lowes<br>Attn: Bankruptcy<br>Po Box 103104<br>Roswell GA 30076-9104 |
| Synchrony Bank/Lowes Pc<br>Attn: Bankruptcy<br>Po Box 103104<br>Roswell GA 30076-9104 | Tnb-Visa (TV) / Target<br>C/O Financial & Retail Services<br>Mailstop BV  PO Box 9475<br>Minneapolis MN 55440-9475 | Town of Barrington<br>Barrington Town Hall<br>283 County Road<br>Barrington, RI 02806-2406 |
| U.S. Bank National Association<br>Nationstar Mortgage LLC<br>ATTN: Bankruptcy Dept<br>PO BOX 619096<br>Dallas, TX 75261-9096 | John Boyajian +<br>PO Box 2561<br>Providence, RI 02906-0561 | Russell D. Raskin +<br>Raskin & Berman<br>116 East Manning Street<br>Providence, RI 02906-5116 |
| James G. Atchison +<br>Shechtman Halperin Savage, LLP<br>1080 Main Street<br>Pawtucket, RI 02860-4847 | Gary L. Donahue +<br>Office of the U.S. Trustee<br>U.S. Courthouse<br>One Exchange Terrace Suite 431<br>Providence, RI 02903-1744 | Madison Carol Wilson +<br>Robertson, Anschutz & Schneid, PL<br>6409 Congress Avenue #100<br>Boca Raton, FL 33487-2853 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Internal Revenue Service<br>Insolvency Unit - 4th Floor<br>380 Westminster Street<br>Providence, RI 02903 | American Honda Finance<br>Po Box 168088<br>Irving TX 75016 | Ford Credit<br>National Bankrupcy Service Center<br>Po Box 62180<br>Colorado Springs CO 80962 |
| Jefferson Capital Systems, LLC<br>PO Box 7999<br>St Cloud, MN 56302-9617 | Portfolio Recovery<br>Attn: Bankruptcy<br>Po Box 41067<br>Norfolk VA 23541 | (d)Portfolio Recovery Associates, LLC<br>POB 41067<br>Norfolk VA 23541 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)U.S. Bank National Association, as Trustee    (u)Collection    (d)PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021


End of Label Matrix
Mailable recipients    47
Bypassed recipients     3
Total                  50