UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF RHODE ISLAND

IN RE:  SUSAN H. FEDERICO                                                          BK NO. 17-11157

## SCHEDULE OF POST-PETITION DEBTS

Pursuant to the provisions of Bankruptcy Rule 1019(5), Debtor hereby submits the following list of Post-Petition Creditors:

None.

        Debtor
        By her Attorneys,

        /s/RUSSELL D. RASKIN
        BC #1880
        RASKIN & BERMAN
        116 East Manning Street
        Providence, RI 02906
        (401) 421-1363

## CERTIFICATE OF SERVICE

I hereby certify that on March 28, 2018 I electronically filed the within with the Clerk of the Bankruptcy Court for the District of Rhode Island using the CM/ECF System. The following participants have received notice electronically:

- James G. Atchison     jatchison@shslawfirm.com, bkdept@shslawfirm.com
- John Boyajian     mail@13ritrustee.com, martha@bhrlaw.com
- Gary L. Donahue     ustpregion01.pr.ecf@usdoj.gov
- Madison Carol Wilson     bkyecf@rasflaw.com, mwilson@rasflaw.com

and I hereby certify that I have mailed by United States Postal Service, postage pre-paid, the document electronically filed with the court to the following non CM/ECF participants:

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541

/s/BARBARA DUNNING