UNITED STATES BANKRUPTCY COURT
DISTRICT OF RHODE ISLAND

IN RE:    SUSAN H. FEDERICO    Case No. 17-11157
aka Susan H. Mazurak Federico    Chapter 13

Debtor

## CONSENT ORDER

The Motion filed creditor by Nationstar Mortgage, LLC. (the "Creditor"), a secured creditor with an interest in the Debtors' property located at 2 Anthony Road, Barrington, Rhode Island 02806 (the "Property") on February 8, 2018 as Doc. No. 71, seeking relief from stay with respect to the Property and Debtor's objection thereto, upon agreement of the parties, it is hereby ORDERED that:

1. The Motion for Relief filed by Creditors is GRANTED;

2. Provided, however that relief herein shall not be deemed a waiver of, and shall have no preclusive effect upon, any and all rights the debtor may have under state or federal law.

*Diane Finkle* 04/10/2018
_____
Hon. Diane Finkle
United States Bankruptcy Judge

AGREED TO BY:

| Creditor | Debtor |
| --- | --- |
| By Its Attorney, | By her Attorney, |
| /s/ *James G. Atchison* | /s/ *Russel D. Raskin* |
| James G. Atchison, Esq. (# 7682) | Russel D. Raskin, Esq. (#1880) |
| Shechtman Halperin Savage, LLP | RASKIN & BERMAN |
| 1080 Main Street | 116 East Manning Street |
| Pawtucket, RI 02860 | Providence, RI 02906 |
| (401) 272-1400 phone | (401) 421-1363 |
| jatchison@shslawfirm.com | dawn@raskinberman.com |

## CERTIFICATION OF SERVICE

The undersigned hereby certifies that copies of the Proposed Consent Order have been served upon the following parties via electronic notice or first class mail, as indicated, this 10th day of April, 2018:

Via Electronic Notice:

Gary L. Donohue
Office of the U.S. Trustee

John Boyajian, Esq.
Chapter 13 Trustee
john@bhrlaw.com

Russell D. Raskin, Esq.
Debtor's Counsel
dawn@raskinberman.com

Via First Class Mail:

Susan H. Federico
2 Anthony Road
Barrington, RI 02806

Citizens Bank N.A.
10561 Telegraph Road
Glen Allen, VA  23059-4577

/s/ James G. Atchison