# UNITED STATES BANKRUPTCY COURT
### DISTRICT OF RHODE ISLAND

In re: SUSAN H. FEDERICO  
      Debtor(s)

Case No.: 17-11157

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

John Boyajian, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. Section 1302(b)(1). The trustee declares as follows:

1) The case was filed on 07/07/2017.
2) The plan was confirmed on NA.
3) The plan was modified by order after confirmation pursuant to 11 U.S.C Section 1329 on NA.
4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.
5) The case was converted on 03/20/2018.
6) Number of months from filing or conversion to last payment: 8.
7) Number of months case was pending: 9.
8) Total value of assets abandoned by court order: NA.
9) Total value of assets exempted: NA.
10) Amount of unsecured claims discharged without full payment: .00.
11) All checks distributed by the trustee relating to this case have cleared the bank.

**Receipts:**
| | | |
|---|---|---|
| Total paid by or on behalf of the debtor: | $1,959.00 | |
| Less amount refunded to debtor: | $1,813.99 | |
| **NET RECEIPTS:** | | $145.01 |

**Expenses of Administration:**
| | | |
|---|---|---|
| Attorney's Fees Paid Through The Plan: | $.00 | |
| Court Costs: | $.00 | |
| Trustee Expenses and Compensation: | $145.01 | |
| Other: | $.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION:** | | $145.01 |
| Attorney fees paid and disclosed by debtor: | $.00 | |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| AD ASTRA RECOVERY SERVICE | Unsecured | 635.00 | NA | NA | .00 | .00 |
| AMERICAN HONDA FINANCE CORP. | Unsecured | 2,723.00 | NA | NA | .00 | .00 |
| CALVARY PORTFOLIO SERVICES | Unsecured | 1,733.00 | NA | NA | .00 | .00 |
| CAPITAL ONE BANK USA NA | Unsecured | 11,049.00 | NA | NA | .00 | .00 |
| CAPITAL ONE BANK USA NA | Unsecured | 191.00 | NA | NA | .00 | .00 |
| CAPITAL ONE BANK USA NA | Unsecured | 2,223.00 | NA | NA | .00 | .00 |
| CAPITAL ONE BANK USA NA | Unsecured | 9,083.72 | NA | NA | .00 | .00 |
| CHASE | Unsecured | 3,998.00 | NA | NA | .00 | .00 |
| COLLECTION COMPANY OF AMERICA | Unsecured | 271.00 | NA | NA | .00 | .00 |
| COMENITY BANK | Unsecured | 964.00 | NA | NA | .00 | .00 |
| CREDIT COLLECTION SVCS | Unsecured | 214.00 | NA | NA | .00 | .00 |
| DISCOVER BANK | Unsecured | 5,083.00 | NA | NA | .00 | .00 |
| FORD CREDIT | Unsecured | 92.00 | NA | NA | .00 | .00 |

# UNITED STATES BANKRUPTCY COURT
### DISTRICT OF RHODE ISLAND

In re: SUSAN H. FEDERICO                                             Case No.: 17-11157

Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|---:|
| HSBC BEST BUY | Unsecured | 283.00 | NA | NA | .00 | .00 |
| MIDLAND FUNDING, LLC | Unsecured | 4,207.00 | NA | NA | .00 | .00 |
| MIDLAND FUNDING, LLC | Unsecured | 3,472.00 | NA | NA | .00 | .00 |
| MIDLAND FUNDING, LLC | Unsecured | 675.00 | NA | NA | .00 | .00 |
| NATIONSTAR MORTGAGE dba MR. COO | Secured | 316,323.00 | NA | NA | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC LLC | Unsecured | 2,144.00 | NA | NA | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC LLC | Unsecured | 7,952.00 | NA | NA | .00 | .00 |
| REAL TIME RESOLUTIONS, INC. | Secured | 68,687.00 | NA | NA | .00 | .00 |
| SANTANDER CONSUMER USA, INC. | Secured | 9,670.71 | NA | NA | .00 | .00 |
| SYNCHRONY BANK | Unsecured | 1,711.00 | NA | NA | .00 | .00 |
| SYNCHRONY BANK | Unsecured | NA | NA | NA | .00 | .00 |
| SYNCHRONY BANK | Unsecured | 1,267.00 | NA | NA | .00 | .00 |
| SYNCHRONY BANK | Unsecured | 5,014.00 | NA | NA | .00 | .00 |
| THE SWISS COLONY | Unsecured | 187.00 | NA | NA | .00 | .00 |

# UNITED STATES BANKRUPTCY COURT
### DISTRICT OF RHODE ISLAND

In re: SUSAN H. FEDERICO                                                                                 Case No.: 17-11157

Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| US TREASURY | Priority | 3,833.00 | NA | NA | .00 | .00 |

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing: | .00 | .00 | .00 |
| Mortgage Arrearage: | .00 | .00 | .00 |
| Debt Secured by Vehicle: | .00 | .00 | .00 |
| All Other Secured: | .00 | .00 | .00 |
| **TOTAL SECURED:** | .00 | .00 | .00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage: | .00 | .00 | .00 |
| Domestic Support Ongoing: | .00 | .00 | .00 |
| All Other Priority: | .00 | .00 | .00 |
| **TOTAL PRIORITY:** | .00 | .00 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | .00 | .00 | .00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration: | $145.01 |
| Disbursements to Creditors: | $.00 |
| **TOTAL DISBURSEMENTS:** | $145.01 |

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such other relief as may be just and proper.

Date: 04/17/2018                              By: /s/John Boyajian
                                                                    Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. Section 1320.4(a)(2) applies.