UNITED STATES BANKRUPTCY COURT
DISTRICT OF RHODE ISLAND

In Re:      SUSAN H. FEDERICO a/k/a           Chapter 7
            SUSAN H. MAZURAK FEDERICO         Case No. 17-11157

            Debtor

**STIPULATION AND CONSENT ORDER BY AND BETWEEN THE DEBTOR AND THE CHAPTER 7 TRUSTEE TO EXTEND THE TIME TO OBJECT TO THE DEBTOR'S DISCHARGE**

The undersigned parties, hereby stipulate and agree as follows:

1.  The debtor filed a chapter 13 bankruptcy petition in this Court on July 7, 2017. The case was converted to chapter 7 on March 21, 2018.

2.  The meeting of creditors was scheduled for April 19, 2018. Just prior to the meeting, debtor's counsel requested a continuance of the meeting. The trustee continued the creditors' meeting to his next available date of June 7, 2018.

3.  The current deadline to object to the discharge is June 18, 2018.

4.  The debtor and the chapter 7 trustee hereby stipulate and agree that the deadline for any and all interested parties, including the chapter 7 trustee, the creditors and the United States Trustee, to object to the debtor's discharge may be and hereby is extended up to and including August 9, 2018.

Susan H. Federico, Debtor                    Chapter 7 Trustee,

By His Attorney,

/s/ Russell D. Raskin                        /s/ Charles A. Pisaturo, Jr.
Russell D. Raskin (Reg. No. 1880)            Charles A. Pisaturo, Jr. (Reg. No. 4615)
Raskin & Berman                              Law Office of Charles A. Pisaturo, Jr.
116 East Manning Street                      1055 Elmwood Avenue
Providence, RI 02906                         Providence, RI 02907
TEL: (401) 421-1363                          TEL: (401) 274-3800
mail@raskinberman.com                        cap@pisaturolaw.com

Dated: May 9, 2018                                        Dated: May 10, 2018

     This stipulation may be entered as an Order of this Court this \_\_\_\_ day of _____,

2018.

                                                                     _____
Diane Finkle
Bankruptcy Judge
United States Bankruptcy Court
380 Westminster Mall Suite 615
Providence, RI 02903

## CERTIFICATE OF SERVICE

     I hereby certify that on the 10th of May, 2018, I served by electronic filing (ECF) or by first class regular mail, a true copy of the within STIPULATION to the following parties: Gary L. Donahue, Esq., Assistant U.S. Trustee, Russell D. Raskin, Esq., James G. Atchison, Esq., Madison Carol Wilson, Esq.:

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541

                                                  /s/Jennifer Peters
Jennifer Peters
Law Offices of Charles A. Pisaturo Jr.
1055 Elmwood Avenue
Providence, RI 02907-2817